1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Hosne A Ahmed

7

8          **UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**
9                  **WESTERN DIVISION**

10

11
   HOSNE A AHMED,              ) Case No.: 2:10-cv-04812-JCG
12                             )
          Plaintiff,            ) ORDER OF DISMISSAL
13                             )
       vs.                      )
14                             )
   MICHAEL J. ASTRUE,           )
15 Commissioner of Social Security, )
                               )
16        Defendant.            )
                               )
17 _____ )

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21
   DATE:  December 28, 2010
22                      _____/s/ Jay C. Gandhi_____
                        THE HONORABLE JAY C. GANDHI
23                      UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1  DATE: December 16, 2010    Respectfully submitted,

2      LAW OFFICES OF LAWRENCE D. ROHLFING
    /s/ Denise Bourgeois Haley
3  BY: _____
    Denise Bourgeois Haley
4      Attorney for plaintiff Hosne A Ahmed

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-